**DAMON DONTE BEALIN,**

   Petitioner,

  v.                                                     Case No. 19-CV-1478

**BRIAN FOSTER,**

   Respondent.

# ORDER

Damon Donte Bealin filed a petition for a writ of habeas corpus, which this Court denied on February 14, 2022. (Docket # 45.) Bealin appeals the denial of his habeas corpus petition. (Docket # 47.) Bealin has also filed a motion for leave to proceed without prepayment of the filing fee (*in forma pauperis*) (Docket # 50.)

When a prisoner seeks to appeal a civil action without prepayment of fees, he is required to file an affidavit of indigency and submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the petition. 28 U.S.C. § 1915(a)(2).

Although Bealin's motion to proceed *in forma pauperis* references an affidavit "filed in support this motion," (Docket # 50) the filings received by the Court do not include his affidavit of indigency or a certified copy of his prison trust fund account statement. Thus, I cannot consider Bealin's motion to proceed *in forma pauperis* at this time. As such, Bealin is ordered to provide the Court with an affidavit of indigency and a certified copy of his prison trust fund account statement for the past six months by April 8, 2022.

Dated at Milwaukee, Wisconsin this 25th day of March, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge