# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DAMON DONTE BEALIN,**

    **Petitioner,**

    **v.**                                                                    **Case No.  19-CV-1478**

**BRIAN FOSTER,**

    **Respondent.**

---

## ORDER

---

    Damon Donte Bealin filed a petition for a writ of habeas corpus, which this Court denied on February 14, 2022. (Docket # 45.) On March 18, 2022, Bealin filed a motion for leave to appeal without prepayment of the filing fee (*in forma pauperis*) (Docket # 50.) In a March 25, 2022 order, I noted that I could not consider Bealin's motion without an affidavit of indigency and a certified copy of Bealin's prison trust fund account statement for the past six months and ordered Bealin to provide these documents by April 8, 2022. (Docket # 55.) As of the date of this order, Bealin has failed to submit an affidavit of indigency and a certified copy of his prison trust fund account statement.

    To account for any difficulties with mail service at Waupun Correctional Institution, I will grant Bealin an extension to **April 25, 2022** to file affidavit of indigency or a certified copy of his prison trust fund account statement for the past six months. Bealin is advised that without these documents, I will be required to deny his motion to proceed *in forma pauperis*.

    Dated at Milwaukee, Wisconsin this 15th day of April, 2022.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge

2